BRIAN D. SHAPIRO, ESQ.
Nevada Bar No. 5772
Law Office of Brian D. Shapiro, LLC
228 S 4th Street, Suite 300
Las Vegas NV 89101
(702) 386-8600 Fax (702) 383-0994
brian@brianshapirolaw.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SARAH GARELICK, an individual

                Plaintiff,

Case No.: 2:14-CV-00433-JCM-VCF

vs.

ESCALLATE, LLC

                Defendant.

## STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE

ESCALLATE, LLC ("Defendant") by and through its attorney Brian D. Shapiro, Esq., of the Law Office of Brian D. Shapiro, LLC; SARAH GARELICK ("Plaintiff") by and through their attorney, Jamie S. Cogburn, Esq. of Cogburn Law Offices, Esq. (Plaintiff and Defendant are hereby refered to herein as "Party" or or collectively as "Parties") hereby agree as follows (the "Stipulation"):

WHEREAS, on March 21, 2014, the Plaintiff filed a complaint (Docket No. 1) against the Defendant alleging a variety of causes of actions, including but not limited to claims of violating the Fair Debt Collection Practices Act (15 USC 1692 et seq.), common law invasion of privacy and violation of Nevada's Deceptive Trade Practices Act.

WHEREAS, on April 22, 2014, the Defendant filed an Answer (Docket No. 4) to the Complaint.

WHEREAS, the Plaintiff and Defendant stipulate to dismiss this matter with prejudice.

WHEREAS, on July 2, 2014, the Parties filed a stipulation to dismiss the third cause of action pertaining to Nevada Deceptive Practices Act (Docket No. 9).

WHEREAS, on July 3, 2014, the Court granted the stipulation to dismiss the third cause of action (Docket No. 10).

WHEREAS, on August 22, 2014, the Defendant filed a Motion to Dismiss the Complaint (Docket No. 12).

WHEREAS, on September 8, 2014, the Plaintiff filed an Opposition to the Defendant's Motion to Dismiss (Docket No. 14).

WHEREAS, on September 15, 2014, the Defendant filed a Reply to the Plaintiff's Opposition to the Defendant's Motion to Dismiss (Docket 15).

WHEREAS, no Trial date has been scheduled nor a request for Trial setting has been made by any Party.

WHEREAS, the Parties have now agreed to have this entire case dismissed with prejudice with both Parties bearing their own fees and costs.

NOW THEREFORE IT IS HEREBY AGREED.

1. The above recitals are incorporated within as if fully set forth set forth herein.

2. In consideration of the dismissal as stated herein, the Parties agree to release and forever discharge and by this instrument release and forever discharge each other from any and all claims asserted in the Complaint, from all debts, obligations, covenants, agreements, contracts, bonds, controversies, suits, actions, causes of action, judgments, damages, expenses, claim or demands, inlay or in equity, which you ever had nor have or which may arise in the future, regarding any matter arising on or before the date of this Stipulation. This release extends to each Party's attorney, agents and assigns.

3. This case is hereby dismissed with prejudice with both parties bearing their own fees and costs.

4. The undersigned have express authority of each of their respective Clients to enter into this Stipulation

Dated: 9-28-14                                           Dated: 9-29-2014

---

BRIAN D. SHAPIRO, ESQ.
Law office of Brian D. Shapiro, LLC
Nevada Bar No. 5772
228 S 4th Street, Suite 300
Las Vegas NV 89101
(702) 386-8600 Fax (702) 383-0994
brian@brianshapirolaw.com
Attorney for Defendant

JAMIE COGBURN, ESQ.
Cogburn Law Offices
Nevada Bar No. 8409
2879 St. Rose Parkway, Suite 200
Henderson, NV 89052
(702) 384-3616 Fax (702) 943-1936
jsc@cogburnlaw.com
Attorney for Plaintiff

### ORDER

Based upon and pursuant to the above and foregoing Stipulation it is hereby ORDERED that Stipulation is approved and the above referenced matter is hereby dismissed with prejudice, each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED** October 1, 2014.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

BRIAN D. SHAPIRO, ESQ.
Nevada Bar No. 5772
228 S 4th Street Suite 300
Las Vegas NV 89101
Attorney for Defendant